No. 828. SIEGEL ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *William G. Mulligan* for petitioners. *Solicitor General Rankin* and *Acting Assistant Attorney General Yeagley* for the United States.

No. 840. HOLEMAN v. LOUISVILLE & NASHVILLE RAILROAD CO. Court of Appeals of Kentucky. Certiorari denied. *Parker W. Duncan* for petitioner. *R. P. Hobson* and *John P. Sandidge* for respondent.

No. 846. WORTHINGTON v. COMMODITY CREDIT CORPORATION. C. A. 4th Cir. Certiorari denied. *Edwin R. Denney* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Lionel Kestenbaum* for respondent.

No. 848. KELLER ET AL. v. SANGER. C. A. 7th Cir. Certiorari denied. *Sol A. Hoffman* for petitioners. *Frederick J. Hertz* and *A. Louis Flynn* for respondent.

No. 849. LOUISIANA STATE BOARD OF MEDICAL EXAMINERS ET AL. v. ENGLAND ET AL. C. A. 5th Cir. Certiorari denied. *Robert E. LeCorgne, Jr.* for petitioners. *Russell Morton Brown* for respondents.

No. 850. NEW PRODUCTS CORPORATION v. OUTBOARD, MARINE & MANUFACTURING CO. C. A. 7th Cir. Certiorari denied. *Warren C. Horton* for petitioner. *S. L. Wheeler* for respondent.

No. 861. DAVIDITIS ET AL. v. NATIONAL BANK OF MATTOON ET AL. C. A. 7th Cir. Certiorari denied. Petitioners *pro se.*